CONVOY CO. *v.* UNITED STATES ᴇᴛ ᴀʟ.

No. 719. Decided January 17, 1966.

*Marvin Handler* and *Moe M. Tonkon* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Robert W. Ginnane, I. K. Hay* and *Betty Jo Christian* for the United States et al. *Donald W. Smith* for Commercial Carriers, Inc., appellee.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motions to affirm are granted and the judgment is affirmed.

JOHN *v.* JOHN.

No. 699. Decided January 17, 1966.

*Warner Pyne* for appellant.

*Irwin L. Germaise* for appellee.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dispense with printing the motion to dismiss or affirm is granted.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.